Evelyn Altschuler, Executrix of Last Will and Testament of Samuel Altschuler, Deceased et al., Appellees, v. Irwin I. Altschuler, Appellant.

Gen. No. 44,263. 

Moses, Bachrach & Kennedy, for appellant; Walter Bachrach, Stanley J. Morris, and Morris Solomon, of counsel; Leonard L. Levin, for certain appellee; Franklin J. Stransky and Bernard Yedor, for certain other appellees; Franklin J. Stransky and Bernard Yedor, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1950; released for publication April 3, 1950.